COURTROOM TELEVISION NETWORK LLC, Appellant, v STATE OF NEW YORK et al., Respondents.

Submitted April 18, 2005; decided April 28, 2005

Motion by Clear Channel Communications, Inc. for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

In the Matter of NEWSDAY, INC., Respondent, v STATE DEPARTMENT OF TRANSPORTATION, Appellant.

Submitted April 18, 2005; decided April 28, 2005

Motion by Daily News, L.P. et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of LASYAH M. PALMER, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent.

Submitted March 21, 2005; decided April 28, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.